X FILED ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
1/19/2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICOLAS JOSEPH WRANIK,<br>Defendant. | Case No. 2:20-mj-00415-VCF-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, January 20, 2021, at 9:00 a.m., be vacated and continued to 3/31/2021 at the hour of 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 19 day of January, 2021.

UNITED STATES MAGISTRATE JUDGE