UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>NICHOLAS WRANIK,<br><br>          Defendant. | Case No. 2:20-MJ-415-VCF<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the status hearing currently scheduled for Thursday, January 6, 2022 at 1:30 p.m., be vacated and continued to  February 10, 2022  at the hour of  1:30 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

  DATED this  5th  day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3