# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS WRANIK,<br><br>　　　　Defendant. | Case No. 2:20-MJ-415-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status hearing currently scheduled for Thursday, February 10, 2022 at 1:30 p.m., be vacated and continued to April 21, 2022 at the hour of 1:30 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　　DATED this 9th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE